UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| IMES, STEVEN W AND IMES, ) | CASE NO. 06-12034 |
| CHRISTINA M ) | |
| ) | Hon. SUSAN PIERSON SONDERBY |
| Debtor(s). | |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE SUSAN PIERSON SONDERBY
    BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on September 24, 2006. HORACE FOX, JR. was appointed Trustee on September 24, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $612,586.00. The trustee proposes to abandon the following property at the hearing, $233,875.00 in 14165 S. Longview Plainfld IL 60544 with a lien of $217,000.00 which was sold for $0.00, $29,300.00 in 2004 Volkswagon Toureg with a lien of $19,278.47 which was sold for $0.00, $7,000.00 in 401k Mr. Imes, $329,036.00 in 615 N. Noble 3N Chicago IL 60622 with a lien of $300,000.00 which was sold for $0.00, $0.00 in Breach of contract suit, $350.00 in

clothing, $4,500.00 in Household Goods, $6,000.00 in Proceeds from sale of Yoga studio recievable., $2,525.00 in Volkswagen Jetta 1993.

4. A summary of the trustee's final account as of March 31, 2009 is as follows:

|   |   |   |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $18,635.78 |
| b. | DISBURSEMENTS (See Exhibit C) | $6,470.10 |
| c. | NET CASH available for distribution | $12,165.68 |
| d. | TRUSTEE PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $2,613.58 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (a.) Law offices of Bruce de 'Medici Attorney for Trustee Fees | $6,000.00 |
| | (b.) Law Offices of Bruce de 'Medici Attorney for Trustee Expenses | $9.75 |
| | (c.) Popowcer Katten, Ltd. Attorney for Trustee Expenses | $903.00 |

5. The Bar Date for filing unsecured claims expired on April 12, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $9,526.33 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $75,333.63 |

7. Trustee proposes that unsecured creditors receive a distribution of 3.50% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $6,343.55. Attorney for Trustee Fees , Law offices of Bruce de 'Medici requested but not yet allowed is $6,000.00. Attorney for Trustee Expenses , Law Offices of Bruce de 'Medici requested but not yet allowed is $9.75. Attorney for Trustee Expenses ,

Popowcer Katten, Ltd. requested but not yet allowed is $903.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $9,526.33.

9. A fee of $1700.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

Date: March 31, 2009

/s/ HORACE FOX, JR., Trustee
SIGNATURE

HORACE FOX, JR.
TRUSTEE NAME

6 East Monroe
Suite 1004
Chicago, IL 60603
ADDRESS

## TASKS PERFORMED BY TRUSTEE
## EXHIBIT A

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

Supervised accountant's preparation of Federal and State tax return.

**EXHIBIT B**

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 06-12034 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Date Filed (f) or Converted (c): | 09/24/2006 (f) |
| For the Period Ending: | 4/1/2009 | §341(a) Meeting Date: | 10/19/2006 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  14165 S. Longview Plainfld IL 60544 | $233,875.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   After cost of sale and paying off mortgage, there is no equity. | | | | | |
| 2  615 N. Noble 3N Chicago IL 60622 | $329,036.00 | $0.00 | DA | $0.00 | FA |
| 3  Household Goods | $4,500.00 | $0.00 | DA | $0.00 | FA |
| 4  clothing | $350.00 | $0.00 | DA | $0.00 | FA |
| 5  2004 Volkswagon Toureg | $29,300.00 | $5,221.53 | DA | $0.00 | FA |
| 6  401k Mr. Imes | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 7  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 8  Volkswagen Jetta 1993 | $2,525.00 | $1,500.00 | DA | $0.00 | FA |
| 9  Breach of contract suit | $0.00 | $18,000.00 | DA | $18,000.00 | FA |
| Asset Notes:   Debtor is the plaintiff in a breach of contract suit in which there has been an offer of $18,000.00, which fees were promised to debtor's attorney, Berton Ring.. Listed on Statement of Financial Affairs. | | | | | |
| 10  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11  Proceeds from sale of Yoga studio recievable. | $6,000.00 | $500.00 | DA | $500.00 | FA |
| INT  Interest Asset | Unknown | Unknown | | $136.56 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| $612,586.00 | $25,221.53 | | $18,636.56 | $0.00 |

**Major Activities affecting case closing:**

There is a breach of contract action that debtor had engaged attorney Leonard Ring in prior to filing. I have spoken to Mr. Ring who had arranged with debtor to allow the settlement in that case to pay fees owed him from prior legal work. I believe his only claim is a quantum merit claim of hourse he has put in since the filing. I have asked Mr. de 'Medici to represent me. I have copies of the suit and billing by Mr. Ring.January 23, 2007, 09:08 pm Motion to compromise the Ring suit filed. Need to employ Mr. Ring as special counsel. Deposited the check from the breach of contract action.    Berton Ring will file a fee application.May 22, 2007, 04:08 pm. Sp Counsel has been paid. Need to hire accountant, examine claims and file final report. Received 18,000.00 for breach of contract action. Accountant employed and taxes completed. 7.22.08
May be value in asset #7 proceeds from sale of yoga studio.
Have asked, attorney to file a motion to determine the value of the yoga receivable.
Yoga sale receivable still outstanding. File motion to compel turnover.
Rule to show cause set fore 2.11.09 on yoga studio receivable.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 06-12034 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Date Filed (f) or Converted (c): | 09/24/2006 (f) |
| For the Period Ending: | 4/1/2009 | §341(a) Meeting Date: | 10/19/2006 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Attorney received the $500.00 receivable that will allow closing.
Attorney received the $500.00 receivable that will allow closing.

**Initial Projected Date Of Final Report (TFR):**  12/31/2007      **Current Projected Date Of Final Report (TFR):**  07/30/2009

**EXHIBIT C**

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-12034 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | 756815763 | | Money Market Acct #: | 3754418408 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/24/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/22/2007 | (9) | DANIEL H. BROWN | procees suit dtr v. Brown | 1149-000 | $18,000.00 | | $18,000.00 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.92 | | $18,003.92 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.79 | | $18,018.71 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.31 | | $18,034.02 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.32 | | $18,049.34 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $11.50 | | $18,060.84 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $11.51 | | $18,072.35 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.25 | | $18,074.60 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $18,074.60 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $18,074.60 | $18,074.60 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $18,074.60 | |
| Subtotal | $18,074.60 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $18,074.60 | $0.00 | |

| For the period of 9/24/2006 to 4/1/2009 | | For the entire history of the account between 05/22/2007 to 4/1/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $18,074.60 | Total Compensable Receipts: | $18,074.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,074.60 | Total Comp/Non Comp Receipts: | $18,074.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,074.60 | Total Internal/Transfer Disbursements: | $18,074.60 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756815763 | Checking Acct #: | 7117062034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2008 | | Transfer From Acct#8117062034 | | 9999-000 | $6,343.55 | | $6,343.55 |
| 01/22/2008 | 1 | Berton Ring | | 3210-600 | | $6,046.15 | $297.40 |
| 01/22/2008 | 2 | Berton Ring | | 3220-000 | | $297.40 | $0.00 |
| 04/02/2008 | | Transfer From MMA # 8117062034 | Transfer For Bond Payment | 9999-000 | $16.55 | | $16.55 |
| 04/02/2008 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $16.55 | $0.00 |
| 07/01/2008 | | Transfer From Acct#8117062034 | | 9999-000 | $110.00 | | $110.00 |
| 07/01/2008 | 4 | Illinois Department Of Revenue | Paid without a Order EARLY to avoid penalty. | 2820-000 | | $110.00 | $0.00 |
| | | | TOTALS: | | $6,470.10 | $6,470.10 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,470.10 | $0.00 | |
| | | | Subtotal | | $0.00 | $6,470.10 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6,470.10 | |

| For the period of 9/24/2006 to 4/1/2009 | | For the entire history of the account between 01/18/2008 to 4/1/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,470.10 | Total Internal/Transfer Receipts: | $6,470.10 |
| | | | |
| Total Compensable Disbursements: | $6,470.10 | Total Compensable Disbursements: | $6,470.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,470.10 | Total Comp/Non Comp Disbursements: | $6,470.10 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-12034 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756815763 | | | Money Market Acct #: | 8117062034 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 9/24/2006 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $18,074.60 | | $18,074.60 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.83 | | $18,081.43 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $9.21 | | $18,090.64 |
| 01/22/2008 | | Transfer To Acct#7117062034 | | 9999-000 | | $6,343.55 | $11,747.09 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $7.87 | | $11,754.96 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $4.66 | | $11,759.62 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $4.56 | | $11,764.18 |
| 04/02/2008 | | Transfer To # 7117062034 | Transfer For Bond Payment | 9999-000 | | $16.55 | $11,747.63 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $3.85 | | $11,751.48 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.98 | | $11,755.46 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $3.85 | | $11,759.31 |
| 07/01/2008 | | Transfer To Acct#7117062034 | | 9999-000 | | $110.00 | $11,649.31 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.66 | | $11,652.97 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.96 | | $11,655.93 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.87 | | $11,658.80 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.26 | | $11,661.06 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.50 | | $11,662.56 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.24 | | $11,663.80 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.99 | | $11,664.79 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.89 | | $11,665.68 |
| 03/18/2009 | (11) | Steven Imes | Account recievable proceeds of yoga studio sale. | 1121-000 | $500.00 | | $12,165.68 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.78 | | $12,166.46 |

SUBTOTALS    $18,636.56    $6,470.10

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756815763 | Money Market Acct #: | 8117062034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| | | TOTALS: | | | $18,636.56 | $6,470.10 | $12,166.46 |
| | | Less: Bank transfers/CDs | | | $18,074.60 | $6,470.10 | |
| | | Subtotal | | | $561.96 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $561.96 | $0.00 | |

| For the period of 9/24/2006 to 4/1/2009 | | For the entire history of the account between 11/08/2007 to 4/1/2009 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $561.96 | Total Compensable Receipts: | $561.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $561.96 | Total Comp/Non Comp Receipts: | $561.96 |
| Total Internal/Transfer Receipts: | $18,074.60 | Total Internal/Transfer Receipts: | $18,074.60 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,470.10 | Total Internal/Transfer Disbursements: | $6,470.10 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756815763 | Money Market Acct #: | 8117062034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $18,636.56 | $6,470.10 | $12,166.46 |

| For the period of 9/24/2006 to 4/1/2009 | | For the entire history of the case between 09/24/2006 to 4/1/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $18,636.56 | Total Compensable Receipts: | $18,636.56 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,636.56 | Total Comp/Non Comp Receipts: | $18,636.56 |
| Total Internal/Transfer Receipts: | $24,544.70 | Total Internal/Transfer Receipts: | $24,544.70 |
| | | | |
| Total Compensable Disbursements: | $6,470.10 | Total Compensable Disbursements: | $6,470.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,470.10 | Total Comp/Non Comp Disbursements: | $6,470.10 |
| Total Internal/Transfer Disbursements: | $24,544.70 | Total Internal/Transfer Disbursements: | $24,544.70 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| IMES, STEVEN W AND IMES, CHRISTINA M | ) | CASE NO. 06-12034 |
| | ) | |
| | ) | Hon. SUSAN PIERSON SONDERBY |
| Debtor(s). | | |

## DISTRIBUTION REPORT

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $9,526.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,640.05 |
| Interest (726(a)(5): | $0.00 |
| Surplus to Debtor (726(a)(6): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $12,166.46 |

# CLAIMS DISTRIBUTION REGISTER
# EXHIBIT D
CASE: 06-12034   IMES, STEVEN W AND IMES, CHRISTINA M

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | **Trustee Compensation** | | | | | | |
| | 07/20/2008 | Lehman and Fox<br>6 East Monroe #1004<br>Chicago, IL 60603<br>NOTES: | 2100-000 | $2,613.66 | $2,613.66 | $.00 | $2,613.66 | $2,613.66 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | $2,613.66 | $2,613.66 | $0.00 | $2,613.66 | $2,613.66 |
| | | **Attorney for Trustee Fees (Other Firm)** | | | | | | |
| | 03/31/2009 | Law offices of Bruce de 'Medici<br>150 N. Michigan Ave., #3300<br>Chicago, IL 60601 | 3210-000 | $2,000.00 | $2,000.00 | $.00 | $2,000.00 | $2,000.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 |
| | | **Special Counsel for Trustee Fees** | | | | | | |
| | 01/22/2008 | Berton Ring<br>123 W. Madison #1500<br>Chicago, IL 60602<br>NOTES: Fees to special counsel pursuant to court order entered 1/08/2008 | 3210-600 | $6,046.15 | $6,046.15 | $6,046.15 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Special Counsel for Trustee Fees** | | | | $6,046.15 | $6,046.15 | $6,046.15 | $0.00 | $0.00 |
| | | **Attorney for Trustee Expenses (Other Firm)** | | | | | | |
| | 07/20/2008 | Bruce de 'Medici<br>150 N. Michigan Ave., #3300<br>Chicago, IL 60601 | 3220-000 | $9.75 | $9.75 | $.00 | $9.75 | $9.75 |
| Percent Paid: | | | 100.00% | | | | | |
| | 04/01/2009 | Bruce de 'Medici<br>150 No. Michigan #3300<br>Chicago, IL 60601<br>NOTES: | 3210-000 | $4,000.00 | $4,000.00 | $.00 | $4,000.00 | $4,000.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Expenses (Other Firm)** | | | | $4,009.75 | $4,009.75 | $0.00 | $4,009.75 | $4,009.75 |
| | | **Special Counsel for Trustee Expense** | | | | | | |
| | 01/22/2008 | Berton Ring<br>123 W. Madison # 1500<br>Chicago, IL 60602<br>NOTES: special counsel expenses pursuant to court order entered 1/08/2008 | 3220-000 | $297.40 | $297.40 | $297.40 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Special Counsel for Trustee Expense** | | | | $297.40 | $297.40 | $297.40 | $0.00 | $0.00 |
| | | **Accountant for Trustee Expenses (Other Firm)** | | | | | | |
| | 07/20/2008 | Popowcer Katten, Ltd. | 3120-000 | $903.00 | $903.00 | $.00 | $903.00 | $903.00 |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | 35 E. Wacker, #1550<br>Chicago, IL 60601--2207 |   |   |   |   |   |
| **Percent Paid:** |   |   |   | 100.00% |   |   |   |
| Total for Accountant for Trustee Expenses (Other Firm) |   |   |   | $903.00 | $903.00 | $0.00 | $903.00 | $903.00 |

### General Unsecured 726(a)(2)

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 1 | 01/18/2007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 98121 | 7100-000 | $24,935.24 | $24,935.24 | $.00 | $24,935.24 | $873.85 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 2 | 01/18/2007 | Discover Bank<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | 7100-000 | $3,838.47 | $3,838.47 | $.00 | $3,838.47 | $134.52 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 3 | 01/19/2007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 98121<br>NOTES: objection filed/ overruled 1.20.09 | 7100-000 | $6,716.68 | $6,716.68 | $.00 | $6,716.68 | $235.38 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 4 | 01/19/2007 | Chase Bank, USA N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 98121 | 7100-000 | $11,314.98 | $11,314.98 | $.00 | $11,314.98 | $396.53 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 5 | 01/23/2007 | Elliot & Associates<br>9S708 Clarendon Hills Rd.<br>Willowbrook, IL 60527 | 7100-000 | $1,015.00 | $1,015.00 | $.00 | $1,015.00 | $35.57 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 6 | 01/24/2007 | Cory Lund<br>Tracy, Johnson & Wilson<br>2801 Black Rd.<br>Joliet, IL 60435 | 7100-000 | $1,102.50 | $1,102.50 | $.00 | $1,102.50 | $38.64 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 7 | 02/26/2007 | Excecutive Fight Management<br>c/o Michael R. Lucas<br>181 N. Hammes Ave.<br>Joliet, IL 60435 | 7100-000 | $23,649.17 | $23,649.17 | $.00 | $23,649.17 | $828.78 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| 8 | 03/13/2007 | eCast Settlement Corp.<br>HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark, NJ 07193--5480 | 7100-000 | $2,761.59 | $2,761.59 | $.00 | $2,761.59 | $96.78 |
| **Percent Paid:** |   |   |   | 3.50% |   |   |   |   |
| Total for General Unsecured 726(a)(2) |   |   |   | $75,333.63 | $75,333.63 | $0.00 | $75,333.63 | $2,640.05 |

**Case Totals**       $91,203.59   $91,203.59   $6,343.55   $84,860.04   $12,166.46

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____           _____

                                        HORACE FOX, JR., Trustee