UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| IMES, STEVEN W AND IMES, CHRISTINA M | ) ) | CASE NO. 06-12034 |
| | ) | Hon. SUSAN PIERSON SONDERBY |
| Debtor(s). | | |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604

    On: **June 2, 2009**        Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $18,635.78 |
    | Disbursements | $6,470.10 |
    | Net Cash Available for Distribution | $12,165.68 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Lehman and Fox<br>Trustee | $.00 | $2,613.58 | |
| Law offices of Bruce de 'Medici<br>Attorney | $.00 | $6,000.00 | |
| Berton Ring<br>Special Counsel | $6,046.15 | $0.00 | |
| Law Offices of Bruce de 'Medici<br>Attorney for Trustee | $.00 | | $9.75 |
| Berton Ring<br>Attorney for Trustee | $297.40 | | $0.00 |
| Popowcer Katten, Ltd.<br>Attorney for Trustee | $.00 | | $903.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7.   Claims of general unsecured creditors totaling $75,333.63 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.50%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $24,935.24 | $873.62 |
| 2 | Discover Bank | $3,838.47 | $134.48 |
| 3 | Chase Bank USA, N.A. | $6,716.68 | $235.32 |
| 4 | Chase Bank, USA N.A. | $11,314.98 | $396.43 |
| 5 | Elliot & Associates | $1,015.00 | $35.56 |
| 6 | Cory Lund | $1,102.50 | $38.63 |

| | | | |
|---|---|---|---|
| 7 | Excecutive Fight Management | $23,649.17 | $828.56 |
| 8 | eCast Settlement Corp. | $2,761.59 | $96.75 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: **April 20, 2009**          For the Court,

By: KENNETH S. GARDNER

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee:    HORACE FOX, JR.
Address:    6 East Monroe
            Suite 1004
            Chicago, IL 60603
Phone No.: ((31) 2) -5642

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 20, 2009
Case: 06-12034                 Form ID: pdf002              Total Served: 41


The following entities were served by first class mail on Apr 22, 2009.
db/jdb        +Steven W. Imes,   Christina M. Imes,   615 N. Noble,   No. 3N,   Chicago, IL 60642-6907
aty           +Bruce E de'Medici,   150 North Michigan Avenue,   3300,   Chicago, IL 60601-7621
aty           +Ean L Kryska,   SmithAmundsen LLC,   150 N Michigan Ave Suite 3300,   Chicago, IL 60601-6004
aty           +James J Burns, JR,   Burns & Wincek,   53 West Jackson,   Suite 909,   Chicago, IL 60604-3837
10929046       Action Card,   PO Box 790211,   Saint Louis, MO 63179-0211
10929047      +Aspire,   P.O. Box 23007,   Columbus, GA 31902-3007
10929048       Bank of America,   PO Box 30610,   Los Angeles, CA 90030-0610
10929049       Bill's Drywall, Inc.,   19145 S. 10th Avenue,   Mokena, IL 60448
10929050      +Burton Ring,   19 S. LaSalle,   Ste 1500,   Chicago, IL 60603-1413
10929051       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
10929053       Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
10929054       Chase,   Account Inquiries,   P.O. Box 15298,   Wilmington, DE 19850-5298
10929055       Chase,   PO Box 9001008,   Louisville, KY 40290-1008
11129677      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2001 Western Ave Ste 400,
                Seattle, WA 98121-3132
10929056       Citi Cards,   PO Box 688909,   Des Moines, IA 50368-8909
10929057      +Cory Lund,   Tracy, Johnson & Wilson,   2801 Black Rd.,   Joliet, IL 60435-2929
10929058      +Curb Cutters Inc,   463 DuPhaze Street,   Naperville, IL 60565-3130
10929060      +Don Wachal,   26727 Lindengate Circle,   Plainfield, IL 60585-5990
10929061      +Edward Hines Lumber Co.,   1597 Warren Ave.,   Downers Grove, IL 60515-3438
11015772      +Elliot & Associates,   9S708 Claarendon Hills Rd,   Willowbrook IL 60527-7049
10929062      +Elliot & Associates,   9S708 Clarendon Hills Rd.,   Willowbrook, IL 60527-7049
11015773      +Executive FLight Manangement Inc,   c/o Michael R Lucas,   181 N Hammes Ave,
                Joliet IL 60435-6675
10929063      +Executive Flight Management Inc,   c/o Michael R. Lucas,   181 N. Hammes Ave.,
                Joliet, IL 60435-6675
10929064       Household Bank Gold Mastercard,   HSBC Card Services,   PO Box 81622,   Salinas, CA 93912-1622
10929066      +MBNA America,   PO Box 15137,   Wilmington, DE 19886-5137
10929065       Macy's,   PO Box 689195,   Des Moines, IA 50368-9195
11015776      +NBNA America,   PO Box 15137,   Wilmington DE 19886-5137
10929067       National City Mortgage,   PO Box 17677,   Baltimore, MD 21297-1677
10929068       Newport News,   PO Box 659705,   San Antonio, TX 78265-9705
10929069      +Old Oak Heating & Cooling Inc,   2575 White oak Circle,   IL 60502-9673
10929070      +Pellettieri & Assoc.,   991 Oak Creek Dr.,   Lombard, IL 60148-6408
11015779      +Pellletteri & Assoc,   991 Oak Creek Dr,   Lombard  IL 60148-6408
11015780      +Siganture Stairs of D&D Woodwork,   176 Commercial Drive,   Unit C,   Yorkville  IL 60560-4563
10929071      +Signature Stairs of D & D Woodworki,   176 Commerical Drive,   Unit C,   Yorkville, IL 60560-4563
11015781      +Uhited Milage Plus,   PO BOx 15298,   Wilmington DE 19850-5298
10929072       United Mileage Plus,   PO Box 15298,   Wilmington, DE 19850-5298
10929073       Washington Mutual,   PO Box 9001123,   Louisville, KY 40290-1123
11232870       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
                POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 21, 2009.
tr            +E-mail/Text: HFOX@LEHMANFOX.COM                         Horace Fox, JR,   Lehman & Fox,
                6 E Monroe St,   Chicago, IL 60603-2704
11130710      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2009 05:43:43
                DISCOVER BANK/DISCOVER FINANCIAL SERVICES,   PO BOX 3025,   NEW ALBANY, OH 43054-3025
10929059       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2009 05:43:43       Discover,   PO Box 30395,
                Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10929052*      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11015771*     +Edward Hines Lumber Co,   1597 Warren Ave,   Downers Grove  IL 60515-3438
11015774*     +Household Bank GOld Mastercard,   HSBC Card services,   PO  Box 81622,   Salinas CA 93912-1622
11015775*     +Macy's,   PO Box 689195,   Des MOines IA 50368-9195
11015777*     +Newport NEws,   PO Box 659705,   San Antonio TX 78265-9705
11015778*     +Old  Oak Heating & Cooling Inc,   2575 White Oak Circle,   IL 60502-9673
                                                                                               TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Apr 20, 2009
Case: 06-12034                Form ID: pdf002          Total Served: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2009**                                **Signature:**    *Joseph Speetjens*