UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 06-12034 |
|---|---|---|
| | § | |
| STEVEN W IMES | § | |
| CHRISTINA M IMES | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $612,586.00 | Assets Exempt: | $46,650.00 |
| Total Distributions to Claimants: | $2,644.32 | Claims Discharged Without Payment: | $216,959.69 |
| Total Expenses of Administration: | $15,993.26 | | |

3) Total gross receipts of $18,637.58 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,637.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $536,706.47 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $15,993.26 | $15,993.26 | $15,993.26 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $144,270.38 | $75,333.63 | $75,333.63 | $2,644.32 |
| **Total Disbursements** | $680,976.85 | $91,326.89 | $91,326.89 | $18,637.58 |

4). This case was originally filed under chapter 7 on 09/24/2006. The case was pending for 44 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2010        By:   /s/ Horace Fox, Jr.
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Proceeds from sale of Yoga studio recievable. | 1121-000 | $500.00 |
| Breach of contract suit | 1149-000 | $18,000.00 |
| Interest Asset | 1270-000 | $137.58 |
| **TOTAL GROSS RECEIPTS** | | $18,637.58 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | 4110-000 | $19,278.47 | NA | $0.00 | $0.00 |
| Chase | 4110-000 | $125,000.00 | NA | $0.00 | $0.00 |
| National City Mortgage | 4110-000 | $217,428.00 | NA | $0.00 | $0.00 |
| Washington Mutual | 4110-000 | $175,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $536,706.47 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lehman and Fox, Trustee | 2100-000 | NA | $2,613.66 | $2,613.66 | $2,613.66 |
| International Sureties, LTD. | 2300-000 | NA | $16.55 | $16.55 | $16.55 |
| Illinois Department Of Revenue | 2820-000 | NA | $110.00 | $110.00 | $110.00 |
| Lois West, Attorney for Trustee | 3120-000 | NA | $903.00 | $903.00 | $903.00 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| Berton Ring, Special Counsel for Trustee | 3210-600 | NA | $6,046.15 | $6,046.15 | $6,046.15 |
| Berton Ring, Attorney for Trustee | 3220-000 | NA | $297.40 | $297.40 | $297.40 |
| Bruce de 'Medici, Attorney for Trustee | 3220-000 | NA | $6.50 | $6.50 | $6.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $15,993.26 | $15,993.26 | $15,993.26 |

**UST Form 101-7-TDR (9/1/2009)**

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Action Card | 7100-000 | $389.90 | NA | NA | $0.00 |
| Aspire | 7100-000 | $1,392.65 | NA | NA | $0.00 |
| Bill's Drywall, Inc. | 7100-000 | $200.00 | NA | NA | $0.00 |
| Burton Ring | 7100-000 | $17,000.00 | NA | NA | $0.00 |
| Capital One | 7100-000 | $1,256.47 | NA | NA | $0.00 |
| Capital One | 7100-000 | $2,577.10 | NA | NA | $0.00 |
| Chase | 7100-000 | $10,954.25 | NA | NA | $0.00 |
| Chase | 7100-000 | $23,482.12 | NA | NA | $0.00 |
| Chase Bank USA, N.A. | 7100-000 | NA | $24,935.24 | $24,935.24 | $875.25 |
| Chase Bank USA, N.A. | 7100-000 | NA | $6,716.68 | $6,716.68 | $235.77 |
| Chase Bank, USA N.A. | 7100-000 | NA | $11,314.98 | $11,314.98 | $397.17 |
| Citi Cards | 7100-000 | $19,983.01 | NA | NA | $0.00 |
| Cory Lund | 7100-000 | $1,700.00 | NA | NA | $0.00 |
| Cory Lund | 7100-000 | NA | $1,102.50 | $1,102.50 | $38.70 |
| Curb Cutters Inc | 7100-000 | $200.00 | NA | NA | $0.00 |
| Discover | 7100-000 | $3,578.93 | NA | NA | $0.00 |
| Discover Bank | 7100-000 | NA | $3,838.47 | $3,838.47 | $134.74 |
| Don Wachal | 7100-000 | $0.00 | NA | NA | $0.00 |
| eCast Settlement Corp. | 7100-000 | NA | $2,761.59 | $2,761.59 | $96.94 |
| Edward Hines Lumber Co. | 7100-000 | $948.41 | NA | NA | $0.00 |
| Elliot & Associates | 7100-000 | $975.00 | NA | NA | $0.00 |
| Elliot & Associates | 7100-000 | NA | $1,015.00 | $1,015.00 | $35.63 |
| Excecutive Fight Management | 7100-000 | NA | $23,649.17 | $23,649.17 | $830.12 |
| Executive Flight Management Inc | 7100-000 | $22,641.42 | NA | NA | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Household Bank Gold Mastercard | 7100-000 | $2,499.12 | NA | NA | $0.00 |
| Macy's | 7100-000 | $2,416.08 | NA | NA | $0.00 |
| MBNA America | 7100-000 | $11,271.36 | NA | NA | $0.00 |
| Newport News | 7100-000 | $165.49 | NA | NA | $0.00 |
| Old Oak Heating & Cooling Inc | 7100-000 | $8,459.00 | NA | NA | $0.00 |
| Pellettieri & Assoc. | 7100-000 | $250.00 | NA | NA | $0.00 |
| Signature Stairs of D & D Woodworki | 7100-000 | $5,479.24 | NA | NA | $0.00 |
| United Mileage Plus | 7100-000 | $6,450.83 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $144,270.38 | $75,333.63 | $75,333.63 | $2,644.32 |

**UST Form 101-7-TDR (9/1/2009)**

Case 06-12034　Doc 97　Filed 06/08/10　Entered 06/08/10 15:20:07　Desc Main
Document　　Page 6 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1　　Exhibit 8

| Case No.: | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Date Filed (f) or Converted (c): | 09/24/2006 (f) |
| For the Period Ending: | 5/28/2010 | §341(a) Meeting Date: | 10/19/2006 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 14165 S. Longview Plainfld IL 60544 | $233,875.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | After cost of sale and paying off mortgage, there is no equity. | | | | | |
| 2 | 615 N. Noble 3N Chicago IL 60622 | $329,036.00 | $0.00 | DA | $0.00 | FA |
| 3 | Household Goods | $4,500.00 | $0.00 | DA | $0.00 | FA |
| 4 | clothing | $350.00 | $0.00 | DA | $0.00 | FA |
| 5 | 2004 Volkswagon Toureg | $29,300.00 | $5,221.53 | DA | $0.00 | FA |
| 6 | 401k Mr. Imes | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Volkswagen Jetta 1993 | $2,525.00 | $1,500.00 | DA | $0.00 | FA |
| 9 | Breach of contract suit | $0.00 | $18,000.00 | DA | $18,000.00 | FA |
| Asset Notes: | Debtor is the plaintiff in a breach of contract suit in which there has been an offer of $18,000.00, which fees were promised to debtor's attorney, Berton Ring.. Listed on Statement of Financial Affairs. | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11 | Proceeds from sale of Yoga studio recievable. | $6,000.00 | $500.00 | DA | $500.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $137.58 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　$612,586.00　　　　$25,221.53　　　　　　　　　　　$18,637.58　　　　　$0.00

**Major Activities affecting case closing:**

　　There is a breach of contract action that debtor had engaged attorney Leonard Ring in prior to filing. I have spoken to Mr. Ring who had arranged with debtor to allow the settlement in that case to pay fees owed him from prior legal work. I believe his only claim is a quantum merit claim of hourse he has put in since the filing. I have asked Mr. de 'Medici to represent me. I have copies of the suit and billing by Mr. Ring.January 23, 2007, 09:08 pm Motion to compromise the Ring suit filed. Need to employ Mr. Ring as special counsel. Deposited the check from the breach of contract action. Berton Ring will file a fee application.May 22, 2007, 04:08 pm. Sp Counsel has been paid. Need to hire accountant, examine claims and file final report. Received 18,000.00 for breach of contract action. Accountant employed and taxes completed. 7.22.08

　　May be value in asset #7 proceeds from sale of yoga studio.

　　Have asked, attorney to file a motion to determine the value of the yoga receivable.

　　Yoga sale receivable still outstanding. File motion to compel turnover.

　　Rule to show cause set fore 2.11.09 on yoga studio receivable.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 06-12034 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | | | Date Filed (f) or Converted (c): | 09/24/2006 (f) |
| For the Period Ending: | 5/28/2010 | | | §341(a) Meeting Date: | 10/19/2006 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Attorney received the $500.00 receivable that will allow closing.

Attorney received the $500.00 receivable that will allow closing.

Submitted TFR with the court

checks written awaiting zero balance statement.

Need final account, have zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):**     12/31/2007          **Current Projected Date Of Final Report (TFR):**     07/30/2009

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******5763 | Money Market Acct #: | ******8408 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/22/2007 | (9) | DANIEL H. BROWN | procees suit dtr v. Brown | 1149-000 | $18,000.00 | | $18,000.00 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.92 | | $18,003.92 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $14.79 | | $18,018.71 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.31 | | $18,034.02 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.32 | | $18,049.34 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $11.50 | | $18,060.84 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $11.51 | | $18,072.35 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.25 | | $18,074.60 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $18,074.60 | $0.00 |
| | | | **TOTALS:** | | $18,074.60 | $18,074.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $18,074.60 | |
| | | | Subtotal | | $18,074.60 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $18,074.60 | $0.00 | |

| For the period of 9/24/2006 to 5/28/2010 | | For the entire history of the account between 05/22/2007 to 5/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $18,074.60 | Total Compensable Receipts: | $18,074.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,074.60 | Total Comp/Non Comp Receipts: | $18,074.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,074.60 | Total Internal/Transfer Disbursements: | $18,074.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5763 | Checking Acct #: | ******2034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2008 | | Transfer From Acct#******2034 | | 9999-000 | $6,343.55 | | $6,343.55 |
| 01/22/2008 | 1 | Berton Ring | | 3210-600 | | $6,046.15 | $297.40 |
| 01/22/2008 | 2 | Berton Ring | | 3220-000 | | $297.40 | $0.00 |
| 04/02/2008 | | Transfer From MMA # ******2034 | Transfer For Bond Payment | 9999-000 | $16.55 | | $16.55 |
| 04/02/2008 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $16.55 | $0.00 |
| 07/01/2008 | | Transfer From Acct#******2034 | | 9999-000 | $110.00 | | $110.00 |
| 07/01/2008 | 4 | Illinois Department Of Revenue | Paid without a Order EARLY to avoid penalty . | 2820-000 | | $110.00 | $0.00 |
| 06/05/2009 | | Transfer From Acct#******2034 | | 9999-000 | $12,167.48 | | $12,167.48 |
| 06/05/2009 | 5 | Lehman and Fox | trustee fees | 2100-000 | | $2,613.66 | $9,553.82 |
| 06/05/2009 | 6 | Lois West | | 3120-000 | | $903.00 | $8,650.82 |
| 06/05/2009 | 7 | Chase Bank USA, N.A. | | 7100-000 | | $875.25 | $7,775.57 |
| 06/05/2009 | 8 | Dicover Bank | | 7100-000 | | $134.74 | $7,640.83 |
| 06/05/2009 | 9 | Chase Bank USA, N.A. | | 7100-000 | | $235.77 | $7,405.06 |
| 06/05/2009 | 10 | Chase Bank, USA N.A. | | 7100-000 | | $397.17 | $7,007.89 |
| 06/05/2009 | 11 | Elliot & Associates | | 7100-000 | | $35.63 | $6,972.26 |
| 06/05/2009 | 12 | Cory Lund | | 7100-000 | | $38.70 | $6,933.56 |
| 06/05/2009 | 13 | Excecutive Fight Management | | 7100-000 | | $830.12 | $6,103.44 |
| 06/05/2009 | 14 | eCast Settlement Corp. | | 7100-000 | | $96.94 | $6,006.50 |
| 06/05/2009 | 15 | Bruce de 'Medici | | 3220-000 | | $6.50 | $6,000.00 |
| 06/05/2009 | 16 | Bruce de 'Medici | | 3210-000 | | $2,000.00 | $4,000.00 |
| 06/05/2009 | 17 | Bruce de 'Medici | | 3210-000 | | $4,000.00 | $0.00 |
| 06/08/2009 | | Transfer From: MMA # ******2034 | Transfer to Close Account | 9999-000 | $0.07 | | $0.07 |
| 06/08/2009 | | Transfer To Acct#******2034 | | 9999-000 | | $0.07 | $0.00 |

| | | | | **SUBTOTALS** | $18,637.65 | $18,637.65 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5763 | Checking Acct #: | ******2034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $18,637.65 | $18,637.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $18,637.65 | $0.07 | |
| | | | **Subtotal** | | $0.00 | $18,637.58 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $18,637.58 | |

| For the period of 9/24/2006 to 5/28/2010 | | For the entire history of the account between 01/18/2008 to 5/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $18,637.65 | Total Internal/Transfer Receipts: | $18,637.65 |
| | | | |
| Total Compensable Disbursements: | $18,637.58 | Total Compensable Disbursements: | $18,637.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,637.58 | Total Comp/Non Comp Disbursements: | $18,637.58 |
| Total Internal/Transfer Disbursements: | $0.07 | Total Internal/Transfer Disbursements: | $0.07 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12034 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5763 | Money Market Acct #: | ******2034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/24/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $18,074.60 | | $18,074.60 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.83 | | $18,081.43 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $9.21 | | $18,090.64 |
| 01/22/2008 | | Transfer To Acct#******2034 | | 9999-000 | | $6,343.55 | $11,747.09 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $7.87 | | $11,754.96 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $4.66 | | $11,759.62 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $4.56 | | $11,764.18 |
| 04/02/2008 | | Transfer To  # ******2034 | Transfer For Bond Payment | 9999-000 | | $16.55 | $11,747.63 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $3.85 | | $11,751.48 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.98 | | $11,755.46 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $3.85 | | $11,759.31 |
| 07/01/2008 | | Transfer To Acct#******2034 | | 9999-000 | | $110.00 | $11,649.31 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.66 | | $11,652.97 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.96 | | $11,655.93 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.87 | | $11,658.80 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.26 | | $11,661.06 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.50 | | $11,662.56 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.24 | | $11,663.80 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.99 | | $11,664.79 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.89 | | $11,665.68 |
| 03/18/2009 | (11) | Steven Imes | Account recievable proceeds of yoga studio sale. | 1121-000 | $500.00 | | $12,165.68 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.78 | | $12,166.46 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.50 | | $12,166.96 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.52 | | $12,167.48 |
| 06/05/2009 | | Transfer To Acct#******2034 | | 9999-000 | | $12,167.48 | $0.00 |
| 06/08/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 6/8/2009 | 1270-000 | $0.07 | | $0.07 |
| 06/08/2009 | | DEP REVERSE: STERLING BANK | | 1270-000 | ($0.07) | | $0.00 |
| 06/08/2009 | | Transfer From  Acct#******2034 | | 9999-000 | $0.07 | | $0.07 |
| | | | **SUBTOTALS** | | **$18,637.65** | **$18,637.58** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12034 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | IMES, STEVEN W AND IMES, CHRISTINA M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5763 | | Money Market Acct #: | ******2034 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/24/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2009 | | Transfer To: # ******2034 | Transfer to Close Account | 9999-000 | | $0.07 | $0.00 |
| | | | **TOTALS:** | | $18,637.65 | $18,637.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $18,074.67 | $18,637.65 | |
| | | | **Subtotal** | | $562.98 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $562.98 | $0.00 | |

**For the period of 9/24/2006 to 5/28/2010**

| | |
|---|---|
| Total Compensable Receipts: | $562.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $562.98 |
| Total Internal/Transfer Receipts: | $18,074.67 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,637.65 |

**For the entire history of the account between 11/08/2007 to 5/28/2010**

| | |
|---|---|
| Total Compensable Receipts: | $562.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $562.98 |
| Total Internal/Transfer Receipts: | $18,074.67 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,637.65 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 06-12034 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | IMES, STEVEN W AND IMES, CHRISTINA M | **Bank Name:** STERLING BANK |
| **Primary Taxpayer ID #:** | ******5763 | **Money Market Acct #:** ******2034 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 9/24/2006 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/28/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $18,637.58 | $18,637.58 | $0.00 |

**For the period of 9/24/2006 to 5/28/2010**

| | |
|---|---|
| Total Compensable Receipts: | $18,637.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,637.58 |
| Total Internal/Transfer Receipts: | $36,712.32 |
| | |
| Total Compensable Disbursements: | $18,637.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,637.58 |
| Total Internal/Transfer Disbursements: | $36,712.32 |

**For the entire history of the case between 09/24/2006 to 5/28/2010**

| | |
|---|---|
| Total Compensable Receipts: | $18,637.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,637.58 |
| Total Internal/Transfer Receipts: | $36,712.32 |
| | |
| Total Compensable Disbursements: | $18,637.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,637.58 |
| Total Internal/Transfer Disbursements: | $36,712.32 |

HORACE FOX, JR.